IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL McWILLIAMS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 150). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the motion for release from custody shall be filed as a restricted document pending further order of the Court.

DATED this 29th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court